1  JEAN PIERRE NOGUES (SBN 84445)
      jpn@msk.com
2  JENNIFER HANG CHO (SBN 322995)
      jjh@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA 90067-3120
   Telephone:  (310) 312-2000
5  Facsimile:  (310) 312-3100

6  Attorneys for Defendants, Vanbex Group Inc.,
   Lisa Cheng, Kevin Hobbs
7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  STOAMIGO INTERNATIONAL,           CASE NO. 2:19-cv-00224-MWF-KS
    LLC, a Wyoming Limited Liability
12  Company,                          **JOINT NOTICE OF
                                      SETTLEMENT**
13              Plaintiff,
                                      Judge:     Hon. Michael W.
14       v.                                         Fitzgerald

15  VANBEX GROUP INC., a Canada
    corporation; LISA CHENG, an
16  individual; and KEVIN HOBBS, an
    individual,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

Mitchell
Silberberg &    28
Knupp LLP

                    **JOINT NOTICE OF SETTLEMENT**

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3    PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a

4  settlement in the above-referenced case.  A formal settlement agreement was

5  executed on July 11, 2019.  Among other things, that agreement provides that

6  Plaintiff was to receive the settlement proceeds by July 17, 2019, and dismissal of

7  this action was to follow.  Plaintiff has not yet received the settlement proceeds,

8  but Defendant has informed Plaintiff that it is working to rectify the issue

9  responsible for the delay as promptly as possible.  Once the settlement funds are

10  received, an executed Stipulation of Dismissal of the entire action will be filed.

12  DATED:  JULY 19, 2019          JEAN PIERRE NOGUES
13                                 JENNIFER HANG CHO
                                   MITCHELL SILBERBERG & KNUPP LLP

15                                 By:  */s/ Jean Pierre Nogues*
16                                      Jean Pierre Nogues
                                        Attorneys for Defendants, Vanbex
17                                      Group Inc., Lisa Cheng, Kevin Hobbs

19  DATED:  JULY 19, 2019          DAVID J. KAPLAN
                                   STOAMIGO INTERNATIONAL, LLC

21                                 By:  */s/ David J. Kaplan*
22                                      David J. Kaplan
                                        Attorney for Plaintiff, StoAmigo
23                                      International, LLC

**JOINT NOTICE OF SETTLEMENT**

Mitchell
Silberberg &
Knupp LLP

28