Christopher Hellmich (SBN 224169)
chellmich@hellmichlaw.com
**Hellmich Law Group, PC**
5733-G E. Santa Ana Canyon Rd., #512
Anaheim Hills, CA 92807
Tel: 949-287-5708

David J. Kaplan (*admitted Pro Hac Vice*)
dave.kaplan@axel.org
StoAmigo International, LLC
5538 S. Eastern Ave.
Las Vegas, NV 89119
Tel: 702-948-9770 ext. 2020

*Attorneys for Plaintiff StoAmigo International, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STOAMIGO INTERNATIONAL, LLC, a Wyoming Limited Liability Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>VANBEX GROUP INC., a Canada corporation; LISA CHENG, an individual; and KEVIN HOBBS, an individual;<br><br>    Defendants. | Case No.: 2:19-cv-00224-MWF (KSx)<br><br>**STIPULATION OF DISMISSAL** |

StoAmigo International, LLC ("Plaintiff") and Vanbex Group Inc. ("Defendant"), acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated

settlement executed by them, to the dismissal with prejudice of this action with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: August 5, 2019      By: /s/ David J. Kaplan
                                                    DAVID J. KAPLAN

*Attorney for Plaintiff StoAmigo International, LLC*

By: /s/ Jean P. Nogues
       JEAN PIERRE NOGUES

*Attorney for Defendant Vanbex Group, Inc.*